Brian S. Kabateck, State Bar No. 152054
 (bsk@kbklawyers.com)
Scott Malzahn, State Bar No. 229204
 (sm@kbklawyers.com)
**KABATECK BROWN KELLNER LLP**
644 S. Figueroa Street
Los Angeles, California 90017
Phone: (213) 217-5000
Fax:   (213) 217-5010

*Attorneys for Plaintiff and all others similarly situated*

JS-6

cc: order, docket, remand
letter to Los Angeles
Superior Court, No. BC 480969

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BIRO, an individual on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>LANCE CAMPER MANUFACTURING CORPORATION, a California corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.   2:12-CV-03708-R-JEM<br><br>**ORDER GRANTING REMAND PURSUANT TO STIUPLATION OF THE PARTIES**<br><br>Hearing Date:  July 2, 2012<br>Hearing Time:  10:00 a.m.<br>Courtroom:     8 – 2nd Floor<br>Judge:         Hon. Manuel L. Real |

[PROPOSED] ORDER GRANTING REMAND PURSUANT TO STIPULATION

1  Pursuant to the parties' stipulation, this Court hereby remands this action to
2  the Los Angeles County Superior Court.

4  **IT IS SO ORDERED.**

6  DATED:   June 19, 2012            _____
7                                    Hon. Manuel L. Real
                                     United States District Judge

2
[PROPOSED] ORDER GRANTING REMAND PURSUANT TO STIPULATION